IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 7-13-CV-14-FL

| | | |
|---|---|---|
| ROBERT A. SWAIM, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) | ORDER |
| Defendant. | ) ) ) ) ) ) | |

This matter is before the court on plaintiff's cursory motion to seal the case, wherein reference is made to plaintiff's medical records being at issue and the delicacy of the action, which could lead to plaintiff's embarrassment and detriment, if revealed. In balancing the public's right to access of the public records against these considerations, without more, the court finds insufficient basis for sealing of the entirety of this case.

The court will, however, in accordance with Federal Rule of Civil Rule 5.2(e)(2), limit a nonparty's remote electronic access as with, for example, a social security appeal matter. Should information become at issue during the course of the litigation which plaintiff would urge be kept off the public docket, plaintiff is free to make particularized request to seal a specific item on the record, as the case proceeds.

Where the instant motion is DENIED, the court allots the plaintiff a brief period of time

within which to consider the fact that the court has declined to seal the action. On February 11, 2013, the clerk of court shall implement the functionality herein ordered within the CM/ECF system, and unseal plaintiff's filings in accordance with this order.

SO ORDERED, this the 31st day of January, 2013.

LOUISE W. FLANAGAN
United States District Judge

2