| | |
|---|---|
| ROBERT A. SWAIM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:13-CV-14-FL |
| DEPARTMENT OF VETERANS ) | |
| AFFAIRS, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 30, 2013, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on September 30, 2013, and Copies To:**

R. Clarke Speaks (via CM/ECF Notice of Electronic Filing)
Michael James (via CM/ECF Notice of Electronic Filing)


September 30, 2013          JULIE A. RICHARDS, CLERK
                             /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk